# RESOLUTIONS OF
# PLATINUM HEIGHTS, LP

This **20th** day of February, 2025, the undersigned, being the only manager (the "**Manager**") of Nexus Capital Partners Real Estate Investments LLC, a Texas limited liability company (the "**General Partner**"), which is the general partner of Platinum Heights, LP, a Texas limited partnership (the "**Partnership**"), hereby consents in writing, pursuant to the provisions of applicable law, based on the advice of their professionals and advisors, and after thorough discussions, to taking the following actions and adopting the following resolutions:

**NOW THEREFORE**, **BE IT RESOLVED**, that in the judgment of the Manager it is desirable and in the best interests of the Partnership, their creditors, and other interested parties, that the Partnership seek relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that the "**Authorized Person**" (as defined below) of the General Partner is hereby authorized and directed to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying, and delivering a voluntary petition, on behalf of the Partnership and in its name, under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed, and empowered, on behalf of the Partnership and in its name, to seek to have the Chapter 11 Case administered by the Bankruptcy Court; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed, and empowered, on behalf of the Partnership and in its name, to take all actions necessary or appropriate for the Partnership to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Person; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed, and empowered, on behalf of and in the name of the Partnership, to the extent applicable, to obtain authorization for the Partnership to use cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Partnership; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed, and empowered, on behalf of the Partnership and in its name, as applicable, to seek authority from the Bankruptcy Court to and to assume or reject, as appropriate, pre-petition executory contracts and/or leases; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed, and empowered, with full power of delegation, on behalf of the Partnership and in its name, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Case, any post-petition financing, or any cash collateral usage contemplated hereby or thereby; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed and empowered, on behalf of the Partnership and in its name, to employ and retain the law firm of Reed Smith LLP to act as attorneys in connection with the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed and empowered, on behalf of the Partnership and in its name, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Partnership in carrying out its responsibilities in the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Person of the General Partner is hereby authorized, directed, and empowered, with full power of delegation, in the name of the Partnership, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the General Partner or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the General Partner; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by the Authorized Person or any other person authorized to act by the Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that these resolutions shall be governed by the laws of the State of Texas (without regard to conflict of laws principles); and it is further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Mirza Baig.

These resolutions may be executed in one or more counterparts.

**IN WITNESS WHEREOF**, the undersigned, being the only manager of the General Partner, has executed these resolutions as of the date first set forth above.

**MANAGER:**

_____
Mirza Baig, Manager

- 3 -