**<u>EXHIBIT A</u>**

Budget

**Platinum Heights LP**
*First Interim Cash Collateral and DIP Budget*

| | Forecast 1 | Forecast 2 | Forecast 3 | Forecast |
|---|---|---|---|---|
| Period: | | | | |
| Week Ending: | 3/7/2025 | 3/14/2025 | 3/21/2025 | TOTAL |
| **Beginning Cash Balance** | $ 30,512 | $ 50,588 | $ 50,588 | $ 30,512 |
| *RECEIPTS* | | | | |
| Base Rent | 47,645 | - | - | 47,645 |
| Rent Reimbursement | - | - | - | - |
| DIP Advances | 190,000 | - | - | 190,000 |
| **Total Cash Receipts** | **237,645** | **-** | **-** | **237,645** |
| *DISBURSEMENTS* | | | | |
| Property Insurance | (94,320) | - | - | (94,320) |
| HVAC Rental | (25,000) | - | - | (25,000) |
| Electricity | - | - | - | - |
| Gas | - | - | - | - |
| Water | - | - | - | - |
| Trash | - | - | - | - |
| Security | - | - | - | - |
| Elevator Maintenance Contract | (50,000) | - | - | (50,000) |
| Fire System.Life Safety | - | - | - | - |
| Landscaping | - | - | - | - |
| Medgas | - | - | - | - |
| Property Maint/Janitorial | - | - | - | - |
| Water Management | (10,250) | - | - | (10,250) |
| **Total Operating Expenses** | **(179,570)** | **-** | **-** | **(179,570)** |
| *Bankruptcy Costs* | | | | |
| Adequate Protection - Prepetition Secured Lender | - | - | - | - |
| United States Trustee Fee | - | - | - | - |
| Utility Adequate Assurance Reserve | (38,000) | - | - | (38,000) |
| Debtor Counsel: Reed Smith | - | - | - | - |
| Debtor FA: Harney Partners | - | - | - | - |
| Unsecured Creditors Committee Professionals | - | - | - | - |
| **Total Bankrutpcy Costs** | **(38,000)** | **-** | **-** | **(38,000)** |
| **Net Cash Flow** | **20,076** | **-** | **-** | **20,076** |
| **Ending Cash Balance** | $ 50,588 | $ 50,588 | $ 50,588 | $ 50,588 |
| **Total DIP Advances** | | | | |
| Beginning Balance | - | 220,000 | 220,000 | - |
| Advances | 220,000 | - | - | 220,000 |
| Paydowns | - | - | - | - |
| **Ending Balance** | **220,000** | **220,000** | **220,000** | **220,000** |