United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **PLATINUM HEIGHTS, LP,**[1] | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |

**ORDER EXTENDING TIME FOR
DEBTOR TO FILE (A) SCHEDULE OF ASSETS AND
LIABILITIES, (B) SCHEDULE OF CURRENT INCOME
AND EXPENDITURES, (C) SCHEDULE OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES,
AND (D) STATEMENT OF FINANCIAL AFFAIRS**

Upon the motion, dated February 28, 2025 (the "***Motion***")[2] of Platinum Heights, LP, as Debtor and Debtor in possession in the above-captioned chapter 11 case (the "***Debtor***"), for entry of an order, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006(b), extending the deadline by which Debtor must file its Schedules and SOFAs by an additional 14 days, for a total of 28 days from the Petition Date, without prejudice to the Debtor's ability to request additional extensions; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its respective estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Debtor is granted a 14-day extension by which the Debtor must file its Schedule and SOFAs through and including Thursday, March 20, 2025. The Debtor may obtain a further extension of the time periods set forth in this paragraph by further order of the Court or entering into a stipulation with the United States Trustee and filing such stipulation on the Court's docket without the need for further Court order.

3. Such extensions are without prejudice to the Debtor' rights to request further extensions.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. The Debtor are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: March 03, 2025

Alfredo R Pérez
United States Bankruptcy Judge