IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PLATINUM HEIGHTS, LP | § § | Case No. 25-90012 |
| Debtor.[1] | § § § § § | |

**DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR**

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that Reed Smith LLP ("**Reed Smith**") is the proposed counsel for the above-named debtor. Within one year prior to the filing of the bankruptcy petition, the Debtor paid $14,079 to Reed Smith in contemplation of the bankruptcy case filing. The source of the payment was Platinum Heights, LP.

Prior to the Debtor's chapter 11 filing, Reed Smith also received a $75,000 retained from White Rock Medical Center for services to be rendered in the chapter 11 case. Reed Smith has not agreed to share the above-disclosed compensation with any other person unless they are members of Reed Smith.

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

Dated: March 5, 2025        Respectfully submitted
      Houston, TX

                                        */s/ Omar J. Alaniz*
                                        **REED SMITH LLP**
                                        Omar J. Alaniz (SBN 24040402)
                                        2850 N. Harwood Street, Suite 1500
                                        Dallas, TX 75201
                                        Telephone: (469) 680-4200
                                        Facsimile: (469) 680-4299
                                        E-mail:  oalaniz@reedsmith.com

                                        *Proposed Counsel for the*
                                        *Debtor and Debtor-in-Possession*


## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                       */s/ Omar J. Alaniz*
                                                                      Omar J. Alaniz