## **Exhibit A**

Budget

**Platinum Heights LP**
*Cash Collateral Budget*

| Period: | Forecast 1 | Forecast 2 | Forecast 3 | Forecast 4 | Forecast 5 | Forecast 6 | Forecast 7 | Forecast 8 | Forecast 9 | Forecast 10 | Forecast 11 | Forecast 12 | Forecast 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 4/25/25 | 5/2/25 | 5/9/25 | 5/16/25 | 5/23/25 | 5/30/25 | 6/6/25 | 6/13/25 | 6/20/25 | 6/27/25 | 7/4/25 | 7/11/25 | 7/18/25 |
| BEGINNING CASH | $ 76,138 | $ 70,254 | $ 316,064 | $ 90,687 | $ 90,187 | $ 79,687 | $ 12,917 | $ 269,069 | $ 67,435 | $ 56,935 | $ 46,435 | $ 311,623 | $ 66,349 |
| *RECEIPTS* | | | | | | | | | | | | | |
| PAM Health: Base + Additional Rent | - | 69,211 | - | - | - | - | 69,211 | - | - | - | 69,211 | - | - |
| Ashland Healthcare: Base + Additional Rent | - | 272,747 | - | - | - | - | 272,747 | - | - | - | 272,747 | - | - |
| **Total Cash Receipts** | - | 341,958 | - | - | - | - | 341,958 | - | - | - | 341,958 | - | - |
| *DISBURSEMENTS* | | | | | | | | | | | | | |
| *Operations* | | | | | | | | | | | | | |
| Property Insurance | - | - | (28,743) | - | - | - | (28,743) | - | - | - | - | (28,743) | - |
| HVAC Rental | - | (24,898) | - | - | - | - | (24,898) | - | - | - | - | (24,898) | - |
| Utilities | - | (56,250) | - | - | - | (51,770) | - | - | - | - | (51,770) | - | - |
| Security & Janitor Services | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medgas | - | (5,000) | - | - | - | (5,000) | - | - | - | - | (5,000) | - | - |
| Water Management | - | (7,500) | - | - | - | (7,500) | - | - | - | - | (7,500) | - | - |
| Repairs & Maintenance | (5,000) | (2,000) | (5,000) | - | (10,000) | (2,000) | (31,665) | (10,000) | (10,000) | (10,000) | (12,000) | - | (10,000) |
| General & Administrative | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| **Total Operations** | (5,500) | (96,148) | (34,243) | (500) | (10,500) | (66,770) | (85,806) | (10,500) | (10,500) | (10,500) | (76,770) | (54,141) | (10,500) |
| *Bankruptcy Costs* | | | | | | | | | | | | | |
| Prepetition Secured Lender Adequate Assurance | - | - | (191,134) | - | - | - | - | (191,134) | - | - | - | (191,134) | - |
| United States Trustee Fee | (384) | - | - | - | - | - | - | - | - | - | - | - | - |
| Reed Smith | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Harney Partners | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured Creditors Committee Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Bankrutpcy Costs** | (384) | - | (191,134) | - | - | - | - | (191,134) | - | - | - | (191,134) | - |
| **Operating Cash Flow** | (5,884) | 245,811 | (225,377) | (500) | (10,500) | (66,770) | 256,152 | (201,634) | (10,500) | (10,500) | 265,188 | (245,275) | (10,500) |
| **DIP Advances** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | 70,254 | 316,064 | 90,687 | 90,187 | 79,687 | 12,917 | 269,069 | 67,435 | 56,935 | 46,435 | 311,623 | 66,349 | 55,849 |
| **Total DIP Advances** | | | | | | | | | | | | | |
| Beginning Balance | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 |
| Advances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paydowns | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 | 335,000 |