# **Exhibit A**

Budget

**Platinum Heights LP**
*Second DIP Budget*

| | Forecast 7 | Forecast 8 | Forecast 9 | Forecast 10 | Forecast 11 | Forecast 12 | Forecast 13 | Forecast 14 | Forecast 15 | Forecast 16 | Forecast 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period: | | | | | | | | | | | |
| Week Ending: | 6/6/25 | 6/13/25 | 6/20/25 | 6/27/25 | 7/4/25 | 7/11/25 | 7/18/25 | 7/25/25 | 8/1/25 | 8/8/25 | 8/15/25 |
| BEGINNING CASH | $ 10,909 | $ 242,210 | $ 45,576 | $ 20,076 | $ 9,576 | $ 291,242 | $ 40,967 | $ 35,467 | $ 22,995 | $ 311,661 | $ 252,520 |
| *RECEIPTS* | | | | | | | | | | | |
| PAM Health: Base + Additional Rent | 69,211 | - | - | - | 69,211 | - | - | - | 69,211 | - | - |
| Ashland Healthcare: Base + Additional Rent | - | - | - | - | 289,225 | - | - | - | 289,225 | - | - |
| **Total Cash Receipts** | 69,211 | - | - | - | 358,436 | - | - | - | 358,436 | - | - |
| *DISBURSEMENTS* | | | | | | | | | | | |
| *Operations* | | | | | | | | | | | |
| Property Insurance | (28,743) | - | - | - | - | (28,743) | - | - | - | (28,743) | - |
| HVAC Rental | (24,898) | - | - | - | - | (24,898) | - | - | - | (24,898) | - |
| Utilities | (53,770) | - | - | - | (53,770) | - | - | - | (51,770) | - | - |
| Security & Janitor Services | - | - | - | - | - | - | - | - | - | - | - |
| Medgas | - | - | - | - | (5,000) | - | - | - | (5,000) | - | - |
| Water Management | - | - | - | - | (7,500) | - | - | - | (7,500) | - | - |
| Repairs & Maintenance | - | (5,000) | (25,000) | (10,000) | (10,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| General & Administrative | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| **Total Operations** | **(107,911)** | **(5,500)** | **(25,500)** | **(10,500)** | **(76,770)** | **(59,141)** | **(5,500)** | **(5,500)** | **(69,770)** | **(59,141)** | **(5,500)** |
| *Bankruptcy Costs* | | | | | | | | | | | |
| Prepetition Secured Lender Adequate Assurance | - | (191,134) | - | - | - | (191,134) | - | - | - | - | (191,134) |
| United States Trustee Fee | - | - | - | - | - | - | - | (6,972) | - | - | - |
| Reed Smith | - | - | - | - | - | - | - | - | - | - | - |
| Harney Partners | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured Creditors Committee Professionals | - | - | - | - | - | - | - | - | - | - | - |
| **Total Bankrutpcy Costs** | - | **(191,134)** | - | - | - | **(191,134)** | - | **(6,972)** | - | - | **(191,134)** |
| **Operating Cash Flow** | **(38,700)** | **(196,634)** | **(25,500)** | **(10,500)** | **281,666** | **(250,275)** | **(5,500)** | **(12,472)** | **288,666** | **(59,141)** | **(196,634)** |
| **DIP Advances** | **270,000** | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | 242,210 | 45,576 | 20,076 | 9,576 | 291,242 | 40,967 | 35,467 | 22,995 | 311,661 | 252,520 | 55,886 |
| | | | | | | | | | | | |
| **Total DIP Advances** | | | | | | | | | | | |
| Beginning Balance | 335,000 | 605,000 | 605,000 | 605,000 | 605,000 | 605,000 | 605,000 | 605,000 | 605,000 | 605,000 | 605,000 |
| Advances | 270,000 | - | - | - | - | - | - | - | - | - | - |
| Paydowns | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | **605,000** | **605,000** | **605,000** | **605,000** | **605,000** | **605,000** | **605,000** | **605,000** | **605,000** | **605,000** | **605,000** |