**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| **PLATINUM HEIGHTS, LP,**[1] | § Case No. 25-90012 (ARP) |
| | § |
| Debtor. | § |
| | § |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE THAT** the undersigned is withdrawing as counsel for CLS Heights, LLC, as she will no longer be employed by Gray Reed. CLS Heights, LLC will continue to be represented by counsel from the law firm of Gray Reed, D. Scott Funk and Kelly Leonard, both of whom have filed appearances and receive service in this case.

**PLEASE TAKE FURTHER NOTICE THAT** request is hereby made that service upon Ms. England of all future service and notices of pleadings, electronically or otherwise, be discontinued as of the date hereof, and further request that she be removed as counsel to CLS Heights, LLC from the electronic (ECF) service list.

**PLEASE TAKE FURTHER NOTICE THAT** CLS Heights, LLC respectfully requests that the Court and clerk take notice of the withdrawal and update the docket accordingly.

---

[1]     The last four numbers of the Debtor's federal taxpayer identification number are 4367.  The location of the Debtor's service address is:  1917 Ashland Street, Houston, TX 70088.

4911-9630-6263

Respectfully Submitted,

*/s/ London England*

LONDON ENGLAND
State Bar No. 24110313
lengland@grayreed.com
GRAY REED & McGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:    (214) 953-1332

COUNSEL TO CLS HEIGHTS, LLC

## CERTIFICATE OF SERVICE

I certify that on July 24, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ London England*

LONDON ENGLAND

4911-9630-6263