IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PLATINUM HEIGHTS, LP | § § § | Case No. 25-90012 (ARP) |
| Debtor.[1] | § § § § § | |

**NOTICE OF RESCHEDULED HEARING ON DEBTOR'S AMENDED EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING A COMBINED DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION HEARING; (II) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT, (III) ESTABLISHING A PLAN AND DISCLOSURE STATEMENT OBJECTION DEADLINE AND RELATED PROCEDURES; (IV) APPROVING THE SOLICITATION PROCEDURES; (V) APPROVING THE COMBINED NOTICE; (VI) ESTABLISHING PROCEDURES FOR THE ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (VII) GRANTING RELATED RELIEF**

[Related Docket Nos. 144 & 145]

**PLEASE TAKE NOTICE** that the hearing on *Debtor's Amended Emergency Motion For Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving The Disclosure Statement, (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation Procedures; (V) Approving the Combined Notice; (VI) Establishing Procedures for the Assumption and Rejection of Executory Contracts and Unexpired Leases and (VII) Granting Related Relief,* [Docket No. 144]*,* has been rescheduled to **October 2, 2025 at 8:00 a.m**. **(Central Time)** before the Honorable Alfredo R. Perez, United States Bankruptcy Judge in the United States

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk, Houston, TX 77022.

**Electronic Appearances**

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility by dialing the Court's regular dial-in telephone number **(832) 917-1510** and entering conference code **282694**. Video Participation is available by use of the GoToMeeting Platform. Connect via the GoToMeeting application or click the link on Judge Perez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Attorneys, witnesses, and parties-in-interest wishing to participate in the Hearing must connect by audio communication. Any person who wishes to attend the Hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the Hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

Any exhibit offered by the Debtor will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtor.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Witnesses may also appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the Hearing.

| | |
|---|---|
| Dated: September 22, 2025<br>Houston, TX | Respectfully submitted<br><br>*/s/ Omar J. Alaniz*<br>**REED SMITH LLP**<br>Omar J. Alaniz (SBN 24040402)<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>Telephone: (469) 680-4200<br>Facsimile: (469) 680-4299<br>E-mail:  oalaniz@reedsmith.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 22, 2025, a true and correct copy of the above foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic service through the same.

 */s/ Omar J. Alaniz*
By: Omar J. Alaniz