IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PLATINUM HEIGHTS, LP<br><br>Debtor.[1] | § § § § § § § § § § §   Chapter 11<br><br>Case No. 25-90012 |

### NOTICE OF AMENDED ORDER APPROVING EMERGENCY MOTION OF DEBTOR FOR ENTRY OF ORDER (I) APPROVING (A) CREDIT BID AND BIDDING PROCEDURES FOR SALE OF DEBTOR'S ASSETS AND (B) NOTICE PROCEDURES FOR CREDIT BID, (II) SETTING HEARING ON AMENDED SURCHARGE MOTION AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on October 5, 2025, the above captioned debtor and debtor in possession (collectively, the "**Debtor**") filed the *Emergency Motion of Debtor for Entry of Order (I) Approving (A) Credit Bid and Bidding Procedures for Sale of Debtor's Assets and (B) Notice Procedures for Credit Bid, (II) Setting Hearing on Amended Surcharge Motion and (III) Granting Related Relief* [Docket No. 158] (the "**Motion**") and *Order Approving Emergency Motion of Debtor for Entry of Order (I) Approving (A) Credit Bid and Bidding Procedures for Sale of Debtor's Assets and (B) Notice Procedures for Credit Bid, (II) Setting Hearing on Amended Surcharge Motion and (III) Granting Related Relief* [Docket No. 158-1] (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that on October 7, 2025 a hearing on the Motion was held before this Court (the "**Credit Bid Hearing**").

---
[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's request at the Credit Bid Hearing, the Debtor has amended the Proposed Order (the "***Amended Proposed Order***"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Amended Proposed Order against the Proposed Order.

Dated: October 8, 2025  
      Houston, TX

Respectfully submitted

*/s/ Omar J. Alaniz*  
**REED SMITH LLP**  
Omar J. Alaniz (SBN 24040402)  
2850 N. Harwood Street, Suite 1500  
Dallas, TX 75201  
Telephone: (469) 680-4200  
Facsimile: (469) 680-4299  
E-mail: oalaniz@reedsmith.com

*Counsel for the Debtor and Debtor-in-Possession*

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Omar J. Alaniz*  
Omar J. Alaniz