IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PLATINUM HEIGHTS, LP,[1] | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor. | § | |

### NOTICE OF INTENT TO ADDUCE REMOTE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by Platinum Heights, LP, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor").

2. This Notice pertains to any matter scheduled for hearing in this case on October 27, 2025 at 9:00 a.m. (Central Time) (the "Hearing").

3. The Debtor may call the following witnesses to testify at the Hearing by telephone and video technology:

   (i)   Omar J. Alaniz, Reed Smith LLP (expert)

   (ii)  Kent Cullins, JLL Value and Risk Advisory (expert)

   (iii) Erik White, Harney Partners (expert); and

   (iv)  Dr. Mirza Baig.

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court**

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

**will schedule a date for the witness's testimony to be given live in open court. Both the witnesses and the objector must appear in person at the scheduled date**.

5. This Notice may be withdrawn or amended at any point prior to the Hearing.

Dated: October 20, 2025
Houston, Texas

        Respectfully submitted,

        By:   /s/ Omar J. Alaniz
        **REED SMITH LLP**
        Omar J. Alaniz (SBN 24040402)
        2850 N. Harwood Street, Suite 1500
        Dallas, Texas 75201
        Telephone: (469) 680-4200
        Facsimile: (469) 680-4299
        E-mail: oalaniz@reedsmith.com

        *Counsel for the Debtor*
        *and Debtor-in Possession*

## Certificate of Service

    I certify that on October 20, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Omar J. Alaniz*
        Omar J. Alaniz