United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § <br> § <br> PLATINUM HEIGHTS, LP § <br> § <br> Debtor.[1] § <br> § § § § § § | Chapter 11 <br><br> Case No. 25-90012 (ARP) |

## ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR REED SMITH LLP
**(Docket No. 174)**

The Court has considered the *First Interim Fee Application of Reed Smith LLP, Attorneys to the Debtor for Period of February 20, 2025 through September 30, 2025* (the "Application") for filed by Reed Smith LLP as counsel to the Debtor (the "Reed Smith").[2]  The Court orders:

1. Reed Smith is allowed interim compensation and reimbursement of expenses in the amount of $1,114,427.50 for the period set forth in the Application.

2. The Debtor is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

3. Reed Smith is permitted to, but not directed to, draw on any retainer it currently holds to satisfy any of the compensation and reimbursement of expenses approved in this Order that remains unpaid by the Debtor.

Signed: November 10, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge