United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PLATINUM HEIGHTS, LP | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor.[1] | § | |

**ORDER ALLOWING INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR HMP ADVISORY HOLDINGS LLC, DBA HARNEY PARTNERS
(Docket No. 175)**

The Court has considered the *First Interim Fee Application of HMP Advisory Holdings LLC, dba Harney Partners, Financial Advisors to the Debtor for Period of February 20, 2025 through September 30, 2025* (the "Application") filed by HMP Advisory Services, dba Harney Partners as financial advisor to the Debtor ("HMP").[2] The Court orders:

1. HMP is allowed interim compensation and reimbursement of expenses in the amount of $61,311.10 for the period set forth in the Application.

2. The Debtor is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

3. HMP is permitted to, but not directed to, draw on any retainer it currently holds to satisfy any of the compensation and reimbursement of expenses approved in this Order that remains unpaid by the Debtor.

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

[2] Capitalized terms used herein but undefined have the meaning provided in the Application.

Signed: November 11, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge