**EXHIBIT 9**

**List of Abandoned Assets**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **PLATINUM HEIGHTS, LP,**[7] | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor. | § | |

### DEBTOR PLATINUM HEIGHTS, LP'S LIST OF ABANDONED ASSETS

**PLEASE TAKE NOTICE** that in accordance with the terms of the *First Amended Plan of Reorganization of Debtor Platinum Heights, LP* [Dkt. No. 187] (the "Plan"), Debtor Platinum Heights, LP shall abandon the following assets on the Effective Date pursuant to the Plan:

- All Causes of Action that the Debtor and/or its Estate owned as of the Effective Date.

---

[7] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.