UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:
    PLATINUM HEIGHTS, LP          NO. 25-90012 (ARP)

        DEBTOR          CHAPTER 11

## b1BANK'S MOTION FOR TERMINATION OF THE AUTOMATIC STAY OR OTHER APPROPRIATE RELIEF

# b1BANK EXHIBIT 1
# Payment history on the CLA/Note[1]

---

[1] These terms are defined in the Motion.

Platinum Heights LP

| Effective Date | Entered Date | Reversal Date | Tran Code | Amount | Description | Principal | Interest | Late Fees | Escrow | Pass Thru | Loan Fees | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/2025 | 12/8/2025 | | 610 - Regular payment | $200,000.00 | | $0.00 | $200,000.00 | $0.00 | $0.00 | | $0.00 | $27,807,655.29 |
| 9/24/2025 | 9/24/2025 | | 620 - Regular payment | $191,134.46 | 00000000000 2670601L | $0.00 | $191,134.46 | $0.00 | $0.00 | | $0.00 | $27,807,655.29 |
| 7/7/2025 | 7/7/2025 | | 610 - Regular payment | $191,134.46 | PMNT FROM XXXXXX5647 | $0.00 | $191,134.46 | $0.00 | $0.00 | | $0.00 | $27,807,655.29 |
| 6/11/2025 | 6/11/2025 | | 610 - Regular payment | $191,134.46 | PMNT FROM XXXXXX5647 | $0.00 | $191,134.46 | $0.00 | $0.00 | | $0.00 | $27,807,655.29 |
| 4/14/2025 | 4/14/2025 | | 300 - Regular Payment | $191,134.46 | | $57,697.89 | $133,436.57 | $0.00 | $0.00 | $0.00 | $0.00 | $27,807,655.29 |
| 3/26/2025 | 3/26/2025 | | 388 | $57,009.60 | FP HAZ INS LAPSE-1917 Ashland St | $57,009.60 | | | | | | |
| 2/18/2025 | 2/18/2025 | | 300 - Regular Payment | $191,134.46 | Wire pmt | $43,107.66 | $148,026.80 | $0.00 | $0.00 | $0.00 | $0.00 | $27,865,353.18 |
| 1/28/2025 | 1/28/2025 | | 300 - Regular Payment | $191,134.46 | Wire pmt | $43,099.51 | $148,034.95 | $0.00 | $0.00 | $0.00 | $0.00 | $27,908,460.84 |
| 1/15/2025 | 1/15/2025 | | 673 - Late Fee | $9,556.72 | *Late Fee | | | | | | | $27,951,560.35 |
| 12/6/2024 | 12/9/2024 | | 300 - Regular Payment | $191,134.46 | ACH Paymen White Rock Medic ID 6083 | $47,638.57 | $143,495.89 | $0.00 | $0.00 | $0.00 | $0.00 | $27,951,560.35 |
| 11/5/2024 | 11/5/2024 | | 300 - Regular Payment | $191,134.46 | Wire payment | $42,637.63 | $148,496.83 | $0.00 | $0.00 | $0.00 | $0.00 | $27,999,198.92 |
| 10/4/2024 | 10/4/2024 | | 300 - Regular Payment | $191,134.46 | Wire Pmt | $47,178.25 | $143,956.21 | $0.00 | $0.00 | $0.00 | $0.00 | $28,041,836.55 |
| 9/5/2024 | 9/5/2024 | | 300 - Regular Payment | $191,134.46 | Wire Payment | $42,156.47 | $148,977.99 | $0.00 | $0.00 | $0.00 | $0.00 | $28,089,014.80 |
| 8/12/2024 | 8/12/2024 | | 305 - Interest Payment | $38,445.93 | | $0.00 | $38,445.93 | | | | | $28,131,171.27 |
| 6/28/2024 | 6/28/2024 | | 311 | $0.00 | May Pmt Deferral | | | | | | | |
| 6/28/2024 | 6/28/2024 | | 311 | $0.00 | June Pmt Deferral | | | | | | | |
| 6/28/2024 | 6/28/2024 | | 311 | $0.00 | July Pmt Deferral | | | | | | | |
| 6/28/2024 | 6/28/2024 | | 305 - Interest Payment | $437,558.22 | Deferred Interest | | $437,558.22 | | | | | |
| 6/28/2024 | 6/28/2024 | | 451 | $437,558.22 | | | | | | | | |
| 6/7/2024 | 6/7/2024 | | 673 - Late Fee | $9,556.72 | *Late Fee | | | | | | | $28,131,171.27 |
| 5/31/2024 | 5/31/2024 | | 300 - Regular Payment | $66,134.46 | Wire pmt | $41,812.46 | $24,322.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,131,171.27 |
| 5/31/2024 | 5/31/2024 | | 300 - Regular Payment | -$66,134.46 | *** Reversal | -$41,812.46 | -$24,322.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,172,983.73 |
| 5/31/2024 | 5/31/2024 | | 300 - Regular Payment | $66,134.46 | Wire pmt | $41,812.46 | $24,322.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,131,171.27 |
| 5/15/2024 | 5/15/2024 | | 300 - Regular Payment | $125,000.00 | Wire pmt | $0.00 | $125,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,172,983.73 |
| 5/8/2024 | 5/8/2024 | | 673 - Late Fee | $9,556.72 | *Late Fee | | | | | | | $28,172,983.73 |
| 4/11/2024 | 4/11/2024 | | 300 - Regular Payment | $191,134.46 | Wire Pmt | $51,250.36 | $139,884.10 | $0.00 | $0.00 | $0.00 | $0.00 | $28,172,983.73 |
| 4/8/2024 | 4/8/2024 | | 673 - Late Fee | $9,556.72 | *Late Fee | | | | | | | $28,224,234.09 |
| 3/7/2024 | 3/7/2024 | | 300 - Regular Payment | $191,134.46 | Wire pmt | $41,367.25 | $149,767.21 | $0.00 | $0.00 | $0.00 | $0.00 | $28,224,234.09 |
| 2/8/2024 | 2/8/2024 | | 300 - Regular Payment | $191,134.46 | Wire pmt | $41,132.69 | $150,001.77 | $0.00 | $0.00 | $0.00 | $0.00 | $28,265,601.34 |
| 2/7/2024 | 2/7/2024 | | 673 - Late Fee | $9,556.72 | *Late Fee | | | | | | | $28,306,734.03 |
| 1/9/2024 | 1/9/2024 | | 300 - Regular Payment | $191,134.46 | | $45,866.56 | $145,267.90 | $0.00 | $0.00 | $0.00 | $0.00 | $28,306,734.03 |
| 1/8/2024 | 1/8/2024 | | 673 - Late Fee | $500.00 | *Late Fee | | | | | | | $28,352,600.59 |
| 12/8/2023 | 12/8/2023 | | 300 - Regular Payment | $191,134.46 | | $40,475.16 | $150,659.30 | $0.00 | | $0.00 | $0.00 | $28,352,600.59 |
| 11/14/2023 | 11/14/2023 | | 300 - Regular Payment | $191,134.46 | Wire pmt | $45,292.55 | $145,841.91 | $0.00 | $0.00 | $0.00 | $0.00 | $28,393,075.75 |
| 11/7/2023 | 11/7/2023 | | 673 - Late Fee | $500.00 | *Late Fee | | | | | | | $28,438,368.30 |
| 10/20/2023 | 10/20/2023 | | 300 - Regular Payment | $191,134.46 | Wire Pmt | $39,834.85 | $151,299.61 | $0.00 | | $0.00 | $0.00 | $28,438,368.30 |
| 10/12/2023 | 10/20/2023 | | 300 - Regular Payment | -$191,134.46 | *** Reversal | -$39,834.85 | -$151,299.61 | $0.00 | $0.00 | $0.00 | $0.00 | $28,478,203.15 |
| 10/12/2023 | 10/20/2023 | 10/20/2023 | 300 - Regular Payment | $191,134.46 | Payment - Returned NSF | $39,834.85 | $151,299.61 | $0.00 | $0.00 | $0.00 | $0.00 | $28,438,368.30 |
| 10/12/2023 | 10/20/2023 | | 400 | $54.44 | *** Reversal: Accrual Increase | | | | | | | $28,478,203.15 |
| 10/10/2023 | 10/10/2023 | | 673 - Late Fee | $500.00 | *Late Fee | | | | | | | $28,478,203.15 |
| 9/11/2023 | 9/11/2023 | | 300 - Regular Payment | $191,134.46 | | $191,134.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,478,203.15 |
| 9/1/2023 | 9/1/2023 | | 300 - Regular Payment | $191,134.46 | Payment from CK #4232 | $39,025.10 | $152,109.36 | $0.00 | $0.00 | $0.00 | $0.00 | $28,669,337.61 |
| 8/7/2023 | 8/7/2023 | | 300 - Regular Payment | $192,634.46 | | $43,701.10 | $147,433.36 | $1,500.00 | $0.00 | $0.00 | $0.00 | $28,708,362.71 |
| 7/10/2023 | 7/10/2023 | | 300 - Regular Payment | $191,134.46 | | $38,553.24 | $152,581.22 | $0.00 | $0.00 | $0.00 | $0.00 | $28,752,063.81 |
| 6/12/2023 | 6/12/2023 | | 300 - Regular Payment | $191,134.46 | | $43,282.58 | $147,851.88 | $0.00 | $0.00 | $0.00 | $0.00 | $28,790,617.05 |
| 6/7/2023 | 6/7/2023 | | 673 - Late Fee | $500.00 | *Late Fee | | | | | | | $28,833,899.63 |
| 5/10/2023 | 5/10/2023 | | 300 - Regular Payment | $191,134.46 | | $38,115.97 | $153,018.49 | $0.00 | $0.00 | $0.00 | $0.00 | $28,833,899.63 |
| 5/8/2023 | 5/8/2023 | | 673 - Late Fee | $500.00 | *Late Fee | | | | | | | $28,872,015.60 |
| 4/10/2023 | 4/10/2023 | | 300 - Regular Payment | $191,134.46 | | $52,732.67 | $138,401.79 | $0.00 | $0.00 | $0.00 | $0.00 | $28,872,015.60 |
| 4/7/2023 | 4/7/2023 | | 673 - Late Fee | $500.00 | *Late Fee | | | | | | | $28,924,748.27 |
| 3/7/2023 | 3/7/2023 | | 300 - Regular Payment | $191,134.46 | | $37,696.44 | $153,438.02 | $0.00 | $0.00 | $0.00 | $0.00 | $28,924,748.27 |
| 2/6/2023 | 2/6/2023 | | 300 - Regular Payment | $191,134.46 | | $37,555.29 | $153,579.17 | $0.00 | $0.00 | $0.00 | $0.00 | $28,962,444.71 |
| 1/5/2023 | 1/5/2023 | | 300 - Regular Payment | $148,625.00 | | $0.00 | $148,625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,000,000.00 |
| 12/12/2022 | 12/12/2022 | | 300 - Regular Payment | $153,579.16 | | $0.00 | $153,579.16 | $0.00 | $0.00 | $0.00 | $0.00 | $29,000,000.00 |
| 12/8/2022 | 12/8/2022 | 12/13/2022 | 673 - Late Fee | $500.00 | *Late Fee | | | | | | | |
| 12/8/2022 | 12/13/2022 | | 673 - Late Fee | $500.00 | *** Reversal | | | | | | | |
| 11/7/2022 | 11/7/2022 | | 300 - Regular Payment | $148,625.00 | Tfr from XXXXXXXX4232 Payment due 102820 | $0.00 | $148,625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,000,000.00 |
| 10/3/2022 | 10/3/2022 | | 990 | $0.00 | Online Class Change From 430 To 435 | | | | | | | |
| 9/29/2022 | 9/29/2022 | | 955 | $0.00 | Original Rate: 6.150 % | | | | | | | |
| 9/28/2022 | 9/29/2022 | | 350 | $28,780,112.00 | Loan Proceeds | $28,780,112.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $29,000,000.00 |
| 9/28/2022 | 9/29/2022 | | 400 | $4,916.60 | *** Backdate: Accrual Increase | | | | | | | |
| 9/28/2022 | 9/29/2022 | | 671 | $217,500.00 | Loan Origination Fee | $217,500.00 | | | | | | $219,888.00 |
| 9/28/2022 | 9/29/2022 | | 400 | $37.15 | *** Backdate: Accrual Increase | | | | | | | |
| 9/28/2022 | 9/29/2022 | | 676 | $25.00 | Flood Determination Fee(s) | $25.00 | | | | | | $2,388.00 |
| 9/28/2022 | 9/29/2022 | | 400 | $0.01 | *** Backdate: Accrual Increase | | | | | | | |
| 9/28/2022 | 9/29/2022 | | 678 | $2,200.00 | Environmental Report | $2,200.00 | | | | | | $2,363.00 |
| 9/28/2022 | 9/29/2022 | | 400 | $0.37 | *** Backdate: Accrual Increase | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/2022 | 9/29/2022 | | | 873 | | $88.00 | Environmental Handling Fee(s) | $88.00 | | | | $163.00 |
| 9/28/2022 | 9/29/2022 | | | 400 | | $0.02 | *** Backdate: Accrual Increase | | | | | |
| 9/28/2022 | 9/29/2022 | | | 890 | | $75.00 | Property Tax Monitoring Fee(s) | $75.00 | | | | $75.00 |
| 9/28/2022 | 9/29/2022 | | | 400 | | $0.01 | *** Backdate: Accrual Increase | | | | | |
| 9/28/2022 | 9/29/2022 | | | 892 | | $0.00 | Loan Cost | | | | | |