UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

    PLATINUM HEIGHTS, LP            NO. 25-90012 (ARP)

           DEBTOR                     CHAPTER 11

**b1BANK'S MOTION FOR TERMINATION OF THE AUTOMATIC STAY OR OTHER APPROPRIATE RELIEF**

# b1BANK EXHIBIT 4
# Certificate of Property Insurance

# ACORD® CERTIFICATE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 03/10/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**PRODUCER**
AL Thurmond Agency
14800 Saint Marys Lane
Suite 235
Houston, TX 77079

**CONTACT NAME:** Tricia Hughes-Millette
**PHONE (A/C, No, Ext):** (281) 201-0252
**FAX (A/C, No):** (281) 679-8686
**E-MAIL ADDRESS:** tricia@althurmondagency.com
**PRODUCER CUSTOMER ID:** 1724

**INSURER(S) AFFORDING COVERAGE** — **NAIC #**
- INSURER A: Lloyd's of London
- INSURER B:
- INSURER C:
- INSURER D:
- INSURER E:
- INSURER F:

**INSURED**
PLATINUM HEIGHTS, LP
c/o WHITE ROCK MEDICAL CENTER
9440 POPPY DRIVE
DALLAS, TX 75218

**COVERAGES** — **CERTIFICATE NUMBER:** 4393 — **REVISION NUMBER:**

**LOCATION OF PREMISES / DESCRIPTION OF PROPERTY** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
1917 Ashland, Houston, Texas 77008

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|
| A | [X] PROPERTY<br>CAUSES OF LOSS / DEDUCTIBLES<br>[ ] BASIC — BUILDING $100,000<br>[ ] BROAD — CONTENTS<br>[X] SPECIAL<br>[ ] EARTHQUAKE<br>[X] WIND — 1%<br>[ ] FLOOD<br>[X] WIND — 5% NS<br>[X] RC | AMR87198 | 03/05/2025 | 03/05/2026 | [X] BUILDING | $54,000,000 |
| | | | | | PERSONAL PROPERTY | $ |
| | | | | | [X] BUSINESS INCOME | $3,252,000 |
| | | | | | EXTRA EXPENSE | $ |
| | | | | | RENTAL VALUE | $ |
| | | | | | BLANKET BUILDING | $ |
| | | | | | BLANKET PERS PROP | $ |
| | | | | | BLANKET BLDG & PP | $ |
| | | | | | [X] Equip Break Down | $ Included |
| | | | | | | $ |
| | INLAND MARINE<br>CAUSES OF LOSS<br>[ ] NAMED PERILS | TYPE OF POLICY<br><br>POLICY NUMBER | | | | $<br>$<br>$<br>$ |
| | CRIME<br>TYPE OF POLICY | | | | | $<br>$<br>$ |
| | BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | $<br>$ |
| | | | | | | $<br>$ |

**SPECIAL CONDITIONS / OTHER COVERAGES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**
B1Bank, ISAOA as their interst may appear
P. O. Box 10739
Huntsville, TX 77340-0046

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*

© 1995-2015 ACORD CORPORATION. All rights reserved.

ACORD 24 (2016/03)   The ACORD name and logo are registered marks of ACORD