UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

PLATINUM HEIGHTS, LP                              NO. 25-90012 (ARP)

DEBTOR                                            CHAPTER 11

### b1BANK'S MOTION FOR TERMINATION OF THE AUTOMATIC STAY OR OTHER APPROPRIATE RELIEF

# b1BANK EXHIBIT 5
# Email from Mike Menton dated December 24, 2025,
# Forwarding an email from Martin A. Sosland dated December 24, 2025

**From:** Mike Menton <mmenton@settlepou.com>
**Sent:** Wednesday, December 24, 2025 3:08 PM
**To:** Martin Sosland <martin.sosland@vhh.law>
**Cc:** Omar J. Alaniz <OAlaniz@reedsmith.com>; Scott M. Esterbrook <SEsterbrook@reedsmith.com>; akaufman@grayreed.com; jason.boland@nortonrosefulbright.com; Candice Carson

4

<candice.carson@vhh.law>; Grete Bill <bgrete@woundmsllc.com>; Mark Davis <markdavis@joneswalker.com>; Remy Donnelly <rdonnelly@joneswalker.com>; Barry Johnson <bjohnson@settlepou.com>; David O'Dens <dodens@settlepou.com>
**Subject:** Re: In re Platinum Heights, L.P., Case No. 25-90012 (ARP), in the United States Bankruptcy Court for the Southern District of Texas, Houston Division

I'm copying Barry and David.  I'm no longer with SettlePou and they will handle going forward.

Michael P. Menton Attorney
SettlePou | 3333 Lee Parkway, Eighth Floor | Dallas, TX 75219
Main 214-520-3300 | Toll Free 800-538-4661 | Fax 214-526-4145
www.settlepou.com


> On Dec 24, 2025, at 2:03 PM, Martin Sosland <martin.sosland@vhh.law> wrote:
>
>
> This is to inform you, on behalf of the Plan Sponsor, of the failure of a condition precedent to consummation of the chapter 11 plan for Platinum Heights, L.P. Pursuant to Section 9.1(d) of the confirmed plan, annexed to the Confirmation Order at ECF 225, a condition precedent to the Effective Date is that the Heights Health Acquisition Agreement shall be in full force and effect. It has become apparent that the Heights Health Acquisition Agreement will not close, and accordingly, the Effective Date of the Plan will not occur.
>
> Martin A. Sosland
> Partner
> **VARTABEDIAN HESTER & HAYNES LLP**
> 2200 Ross Avenue, Suite 4600E
> Dallas, Texas 75201
> 469.314.2778 (O) | 214.415.4264 (C)
> Martin.Sosland@vhh.lawed