**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:

    **PLATINUM HEIGHTS, LP**              **NO. 25-90012 (ARP)**

            **DEBTOR**              **CHAPTER 11**

---

<u>**b1BANK'S MOTION FOR TERMINATION OF THE AUTOMATIC STAY OR OTHER APPROPRIATE RELIEF**</u>

# b1BANK EXHIBIT 6
# Mailing Matrix

Label Matrix for local noticing
0541-4
Case 25-90012
Southern District of Texas
Houston
Fri Jan 16 11:55:32 CST 2026

B1Bank
c/o Michael P. Menton
3333 Lee Parkway, 8th Floor
Dallas, TX 75219-5111

City of Houston
Linebarger Goggan Blair & Sampson LLP
Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

(p)HARRIS COUNTY ATTORNEY'S OFFICE
P O BOX 2848
HOUSTON TX 77252-2848

Houston Community College System
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

Houston ISD
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

Platinum Heights, LP
1917 Ashland Street
Houston, TX 77008-3907

Texas Health and Human Services Commission
c/o Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

3050 Post Oak Boulevard
Suite 1330
Houston TX 77056-6522

427 W. 20th St., LLC
24 Greenway Plaza
Suite 2050
Houston, TX 77046-2445

427 W. 20th, LLC
c/o Saikin Rosenberg, PLLC
Attn:  Jonathan D. Saikin
5373 W Alabama St., Suite 650
Houston, TX 77056-1650

Airgas
9607 Knight Rd
Houston, TX 77045-1209

Amtech Elevator Services
c/o Cammie Amenson
1289N Post Oak, Ste 100
Houston, TX 77055-7253

Ashland Healthcare LLC
1917 Ashland St
Houston, TX 77008-3907

Aspen Surgical Products
Symmetry Surgical
PO Box 719159
Philadelphia, PA 19171-9159

Aspen Surgical Products Inc.
c/o Marc L. Ellison
2211 Norfolk St, Ste 510
Houston, TX 77098-4048

Aspen Surgical Products, Inc.
6945 Southbelt Dr. SE
Caledonia, MI 49316-7664

B1Bank
1629 Smirl Drive
Suite 102
Rockwall, TX 75032-7624

Bank of America Leasing and Capital LLC
100 North Tryon St.
Suite 4700
Charlotte, NC 28202-4003

Bank of America Leasing and Capital LLC
Bank of America Plaza,
600 Peet Street Northeast, 11th Floor
Atlanta, GA 30308

Bioventus LLC
4721 Emperor Blvd
Suite 100
Durham, NC 27703-7663

Bioventus LLC
c/o Marc L. Ellison
2211 Norfolk St, Ste 510
Houston, TX 77098-4048

CLS Health, LLC
c/o Scott Funk
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056-8000

CLS Heights LLC
1300 Post Oak Blvd
Suite 2000
Houston, TX 77056-8000

COKINOS
5718 Westheimer Rd
Suite 900
Houston, TX 77057-5757

Chemaqua
PO Box 971269
Dallas, TX 75397-1269

City of Houston
4200 Leeland
Houston, TX 77023-3016

City of Houston
900 Babgy 4th Floor
Houston, TX 77002-2533

City of Houston
PO BOX 3064
Houston, TX 77253-3064

City of Houston
PO Box 1560
Houston, TX 77251-1560

City of Houston
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

City of Houston
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Commercial Collections Consultants, Inc
16860 Ventura Blvd Ste. 236
Encino, CA 91436

CuraHealth
1917 Ashland St.
Houston, TX 77008-3907

Curahealth Houston Heights, LLC d/b/a PAM He
Attn:  Jessica W. Bryington
1828 Good Hope Road, Suite 101 & 102
Enola, PA 17025-1203

Firetrol
400 Garden Oaks Blvd
Houston, TX 77018-5504

Foundation Holdings
c/o Munsch Hardt
700 Milam St
Suite 800
Houston, TX 77002-2835

Free Point Energy Solutions
5711 Grant Ave
Cleveland, OH 44105-5605

GLF Environmental
26777 Central Park Boulevard
Southfield, MI 48076-4162

Gomez Lawn
3814 Brookmeade Dr
Houston, TX 77045-5504

Harris Bennett Tax Assessor Collector
P.O. Box 3547
Houston, TX 77253-3547

Houston Community College System
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston Community College System
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Johnson Controls Fire Protection LP
27 Jackson Rd
Suite 303
Devans, MA 01434-4037

Johnson Controls Fire Protection LP
27 Jackson Rd
Suite 303
Devens, MA 01434-4037

Johnson Controls Fire Protection LP
5757 N. Green Bay Avenue
Glendale WI 53209-4408

NCP Management, LLC
3610 N Josey Lane Ste 223
Carrollton TX 75007-3150

NCP Properties, LLC
1917 Ashland St.
Houston, TX 77008-3907

No Sweat Mechanical LLC
10021 Crockett Martin
Conroe, TX 77306-7019

North Houston Surgical Hospital, LLC
3610 N Josey Lane Ste 223
Carrollton TX 75007-3150

Osteoremedies, LLC
Commercial Colletion Consultants, Inc.
16830 Ventura Blvd. Ste 236
Encino, CA 91436-1700

Osteoremedies, LLC
Dept#3061
PO Box 1000
Memphis, TN 38148-3061

Pennel Law Firm
19 Briar Hollow Lane
Suite 110
Houston, TX 77027-2826

REILS Finance SPV Inc.
c/o Frank Kimball
990 Biscayne Blvd, Office 501
Miami FL 33132-1556

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

White Rock Medical Center, LLC
3610 N Josey Lane Ste 223
Carrollton, TX 75007-3150

White Rock Medical Centre LLC
9440 Drive
Dallas, TX 75230

Wilson Fire Equipment
7303 Empire Central
Houston, Texas 77040-3207

Xtant Medical
664 Cruiser Lane
Belgrade, MT 59714-9719


Xtant Medical, Inc.
c/o Marc L. Ellison
2211 Norfolk St, Ste 510
Houston, TX 77098-4048

Zurich
11505 Fuqua, Suite 205
Houston, TX 77034

b1Bank
c/o Michael P. Menton
3333 Lee Parkway, 8th Floor
Dallas, Texas 75219-5111


Omar Jesus Alaniz
Reed Smith, LLP
2850 N. Harwood St.
Suite 1500
Dallas, TX 75201-2617


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Harris County, ATTN: Property Tax Division
Harris County Attorney's Office
P.O. Box 2848
Houston, TX 77252 United States

(d)Harris County Tax Assessor
P.O. BOX 4622
Houston, TX 77210-4622

(d)Harris County, et al
P.O. Box 2848
Houston, TX 77252


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CLS Heights, LLC

(u)PAM Health Rehabilitation Hospital of Hous

(u)427 W. 20th St., LLC 24 Greenway Plaza, Su


(du)Airgas 9607 Knight Rd Houston, TX 77045

(u)Ashland Healthcare LLC 1917 Ashland St Hou

(u)Aspen Surgical Products Symmetry Surgical


(u)B1Bank 1629 Smirl Drive Ste 102 Rockwall,

(u)Bank of America Leasing and Capital LLC 10

(u)Bank of America Leasing and Capital LLC Ba


(u)Bioventus LLC 4721 Emperor Blvd Ste 100 Du

(u)CLS Heights LLC 1300 Post Oak Blvd, Suite

(u)COKINOS 5718 Westheimer Rd, Suite 900 Hous

(du)Chemaqua PO Box 971269 Dallas, TX 75397

(u)City of Houston 900 Babgy 4th Floor Housto

(u)City of Houston PO BOX 3064 Houston, TX 77

(u)City of Houston PO Box 1560 Houston, TX 77

(u)CuraHealth 1917 Ashland St. Houston, TX 77

(u)Firetrol 400 Garden Oaks Blvd Houston, TX

(u)Foundation Holdings c/o Munsch Hardt 700 M

(u)Free Point Energy Solutions 5711 Grant Ave

(u)GLF Environmental 26777 Central Park Boule

(u)Gomez Lawn 3814 Brookmeade Dr Houston, TX

(d)Harris Bennett Tax Assessor Collector
PO Box 3547
Houston, TX 77253-3547

(u)Harris Bennett Tax Assessor Collector PO B

(u)Harris County Tax Assessor P.O. BOX 4622 H

(u)Johnson Controls Fire Protection LP 27 Jac

(u)No Sweat Mechanical LLC 10021 Crockett Mar

(u)Pennel Law Firm 19 Briar Hollow Lane, Suit

(u)REILS Finance SPV Inc.
Second Floor, The LE GALLAIS Building
54 Bath St.
Helier, Jersey, JE11FW

(u)REILS Finance SPV Inc.
Second Floor, The LE GALLAIS Building
54 Bath St.
St. Helier, Jersey, JE11FW

(u)REILS Finance SPV Inc. Second Floor, The L

(u)White Rock Medical Centre LLC 9440 Drive D

(u)Xtant Medical 664 Cruiser Lane Belgrade, M

(u)Zurich 11505 Fuqua, Suite 205 Houston, TX

End of Label Matrix
Mailable recipients     66
Bypassed recipients     34
Total                  100