**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| PLATINUM HEIGHTS, LP | § | Case No. 25-90012 (ARP) |
| Debtor.[1] | § | |

**REED SMITH LLP'S SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 20, 2025 THROUGH MAY 30, 2026**

| | | |
|---|---|---|
| **Name of applicant:** | Reed Smith LLP | |
| **Applicant's Role in Case:** | Counsel for Debtor and Debtor-In-Possession | |
| **Docket No. of Employment Order:** | Dkt. No. [81] | |
| **Final Application** | Second and Final Fee Application | |
| **Date Order of Employment Signed:** | April 15, 2025 [Docket No. 81] | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | February 20, 2025 | May 30, 2026 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case (Y)** | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed (Y)** | | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? (Y)** | | |

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

| | |
|---|---|
| **Do expense reimbursements represent actual and necessary expenses incurred (Y)** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total professional fees requested in this Application:** | $2,247,066.50 |
| **Total professional hours covered by this Application:** | 2,297 |
| **Average hourly rate for professionals:** | $978.26 |
| **Total paraprofessional fees requested in this Application:** | $87,237.50 |
| **Total paraprofessional hours covered by this Application:** | 198 |
| **Average hourly rate for paraprofessionals:** | $440.37 |
| **Total fees requested in this Application:** | $2,334,304.00 |
| **Total expense reimbursements requested in this Application:** | $32,582.82 |
| **Total fees and expenses requested in this Application:** | $2,366,886.82 |
| **Total fees and expenses awarded in all prior Applications:** | $1,114,427.50 |
| **Total fees and expenses requested in this Application and in all prior Applications:** | $2,366,886.82 |
| **Plan Status:** | **Plan effective date: May 30, 2026** |

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PLATINUM HEIGHTS, LP | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor.[1] | § | |
| | § | |

**REED SMITH LLP'S SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 20, 2025 THROUGH MAY 30, 2026**

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this Application was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this Application was filed. Otherwise, the Court may treat the pleading as unopposed and granted the relief requested.**

Reed Smith LLP ("Reed Smith"), as counsel for debtor and debtor-in-possession (the "Debtor") in this chapter 11 case (this "Chapter 11 Case"), files this second and final fee application (this "Second and Final Fee Application") for the period from February 20, 2025 through and including May 30, 2026 (the "Final Fee Period") requesting (a) approval of $2,334,304.00 as the total amount of fees earned by Reed Smith for professional services to the Debtors during the Final Fee Period; (b) reimbursement of 100% of the actual and necessary expenses incurred by Reed Smith during the Final Fee Period in connection with such services in

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

the amount of $32,582.82; and (c) payment of any other unpaid fees and expenses for professional services to the Debtor during the Final Fee Period.

**Jurisdiction**

1. The United States Bankruptcy Court for the Southern District of Texas (the "Court") has authority to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On February 25, 2025 (the "Petition Date"), the Debtor commenced a voluntary case under Chapter 11 of Bankruptcy Code. The Debtor operated its business and managing its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors was appointed in the Chapter 11 Case.

**Summary of Reed Smtih's Work**

3. Reed Smith filed this chapter 11 case on behalf of the Debtor in early 2025 to avoid a potential receiver appointment that CLS Heights LLC ("CLS") pursued in state court. The Debtor was in a severe financial state, having lost the approximately $5 million in yearly revenue. The Debtor's monthly cash burn was approximately $300,000 with only $69,000 of monthly rent revenue. At the time of the filing, the Debtor had signed a new lease with a tenant that would have stabilized the Debtor's financial situation. However, legacy operational issues with the hospital building required Reed Smith's immediate attention. Reed Smith attorneys, the Debtor's CRO, and the management team spent significant time during the early stages of the chapter 11 case to address various operational and business issues so that the Debtor could survive during the chapter 11 process.

4. About three months after the filing, a plan sponsor approached the Debtor about an acquisition. The acquisition would sell substantially all the Debtor's assets in a chapter 11 plan and provide substantial recoveries to the Debtor's main stakeholders. Thus, Reed Smith expended significant time and resources to document and effectuate that transaction. The terms of the transaction required Reed Smith to negotiate or litigate with the Debtor's secured lender. Accordingly, Reed Smith zealously fought against the secured lender in 2025, which included valuation, surcharge, and cramdown strategies. The parties also attempted mediation. Reed Smith's substantial eventually led towards presenting a fully consensual chapter 11 plan in December 2025.

5. On December 24, 2025, the Debtor's plan sponsor terminated the acquisition, and therefore the Debtor's plan could not go effective. In early January 2026, the Debtor's Secured Lender filed a lift stay motion, which would have required conversion or dismissal of the case. Instead, Reed Smith negotiated and collaborated with the Secured Lender on a competitive auction process. Reed Smith's team implemented an expeditious sale process that eventually yielded a sale price that far exceeded the appraised value of the Debtor's real estate (the Debtor's principal asset). CLS challenged confirmation, requiring Reed Smith to defend the Debtor's process and overcome the objection at a contested confirmation. Reed Smith's team guided the Debtor through the confirmation process, resulting in the Court's approval of the Debtor's chapter 11 plan. The Reed Smith then quickly shifted focus to closing the sale, which was complicated by various regulatory and health and safety requirements. The Debtor's sale closed on May 30, 2026, permitting the Debtor's second confirmed plan to go effective.

**Debtor's Retention Of Reed Smith**

6. On March 21, 2025, Reed Smith filed the *Debtors' Application For Authority To Retain And Employ Reed Smith LLP As Co-Counsel To The Debtors Pursuant To Sections 327(a) and 328 Of The Bankruptcy Code,* Dkt. 70, seeking approval of Reed Smith to be retained as general counsel for the Debtor as well as seeking authority to seek reimbursement of Reed Smith's fees and expenses incurred in the representation of Debtor.

7. On April 15, 2025, this Court entered the *Order Approving Debtor's Application For Authority To Retain And Employ Reed Smith LLP As Co-Counsel To The Debtors Pursuant To Sections 327(a) and 328 Of The Bankruptcy Code*, Dkt. 81, authorizing allowance of compensation for Reed Smith's professional services rendered and reimbursement for expenses incurred in connection with the performance of the services set forth in Reed Smith's application, engagement letter, and any declarations in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable orders or procedures of this Court.

**Summary of Services Rendered During The Fee Period**

8. Reed Smith, by and through its attorneys and paraprofessionals has prepared or assisted in the preparation of various applications and Orders submitted to this Court for consideration, advised the Debtor on a regular basis with respect to various matters in connection with this Chapter 11 Case, engaged in extensive communications with Debtor, and other parties-in-interest, and has performed all necessary professional services that are described and narrated in detail below.

9. In support of this First and Final Fee Application:

a. A summary of Reed Smith's hours expended, and fees earned during the Final Fee Period grouped by timekeeper (attorneys and paraprofessionals) is attached hereto as **Exhibit 1**.

b. A summary of Reed Smith's hours expended, and fees earned during the Final Fee Period grouped by category is attached hereto as **Exhibit 2**.

c. Detailed statements of Reed Smith's hours expended, fees earned, and out-of-pocket expenses incurred for the period from February 20, 2025 through May 30, 2026, are attached hereto as **Exhibit 3**.

d. A summary of Reed Smith's out-of-pocket expenses incurred during the Fee Period is attached hereto as **Exhibit 4**.

e. As required by the Fee Procedures Order, a proposed order in the form located on the Court's website is attached hereto.

9. The services rendered by Reed Smith during the Final Fee Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth in the attached **Exhibit 3**. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit 3** attached hereto. Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more task codes.

**A. Asset Sale**

Fees: $**265,830.50** Hours: **235.80**

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) analyzing overall case status and developing asset disposition strategy with the client, secured lender, potential plan sponsors, financial advisors, and other

stakeholders; (ii) reviewing valuation materials and appraisals, including materials prepared by JLL, and analyzing bid letters, sale proceeds, plan waterfall issues, and related distribution matters; (iii) drafting, revising, and filing bidding procedures motions, orders, notices, and related auction materials; (iv) coordinating with B1 Bank, potential bidders, creditor counsel, and the client team regarding auction procedures, credit bid mechanics, bid requirements, and sale process deadlines; (v) preparing, structuring, and maintaining the sale data room, including managing access, document uploads, diligence trackers, executed NDAs, and responses to bidder diligence requests; (vi) analyzing regulatory, licensing, tax, lien, UCC, title, Medicare, guaranty, and real estate issues affecting the proposed sale and closing; (vii) drafting, reviewing, and revising non-disclosure agreements, escrow agreements, asset purchase agreements, closing checklists, closing certificates, lease termination documents, notices, and other transaction and closing deliverables; (viii) negotiating and documenting the selection of the successful bidder, addressing objections and sale-related issues with CLS, Wood Lane, B1 Bank, taxing authorities, title company representatives, and other parties; (ix) preparing and filing notices of canceled auction and successful bidder and coordinating service of the same; and (x) coordinating extensive closing diligence and closing logistics, including calls with buyer counsel, client representatives, the title company, and the Reed Smith team regarding open closing items, settlement statements, lien matters, and final execution of closing documents..

**B. Automatic Stay**

Fees: $27,741.50 Hours: 29.10

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) reviewing, analyzing, and developing strategy regarding actual and potential motions for relief from, or termination of, the automatic stay, including b1Bank's

motion and related auction-process issues; (ii) researching applicable case law and reviewing bankruptcy docket materials and other relevant documents in connection with Platinum Heights' objection and response to stay-relief requests; (iii) drafting, revising, and filing responses, objections, background sections, and related pleadings addressing stay-relief motions; (iv) preparing, finalizing, and filing suggestions of bankruptcy and automatic stay notices in pending state court actions, including the Aspen Surgical Products Inc. litigation; (v) reviewing complaints, writs of execution, mechanics lien notices, and other state-court or creditor materials for stay implications; (vi) conferencing and corresponding with counsel, creditors, litigation counterparties, and the Debtors regarding lift-stay requests, stay issues, prepetition litigation, open tax lawsuits, alleged tort claims, and potential stay violations; (vii) coordinating review of insurance policies in connection with prepetition litigation and potential stay-relief motions; (viii) negotiating with litigation counterparties and claimants to avoid or resolve attempts to lift the automatic stay; and (ix) calendaring motions, deadlines, and related response dates associated with automatic stay matters.

**C. Business Operations**

Fees: $164,741.50 Hours: 180.40

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) advising the Debtors on operational issues necessary to maintain business continuity during the chapter 11 case, including utilities, elevator services, water treatment compliance, municipal complaints, and other vendor matters; (ii) drafting and filing motions and proposed orders to ensure continued utility and other critical services and to compel performance under ongoing contractual obligations; (iii) analyzing insurance coverage issues, responding to U.S. Trustee insurance inquiries, coordinating with insurance brokers, and reviewing

premium finance agreements; (iv) addressing lease, lessor, and landlord issues, including proposed lease amendments and executory contract matters; (v) preparing, reviewing, and filing monthly operating reports for all debtor entities; (vi) communicating with operational vendors and counterparties, including through demand letters and other correspondence; and (vii) advising the Debtors on other day-to-day operational legal issues arising during the pendency of the case.

**D. Case Administration**

Fees: $72,602 Hours: 91.90

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) drafting various preparing and coordinating documents and action items in connection with the chapter 11 filing and coordinating with the client team on, including petitions, first-day materials, first-day declarations, schedules, statements of financial affairs, equity holder statements, compensation disclosures, board resolutions, and other action items related bankruptcy forms; (ii) analyzing chapter 11 case deadlines and requirements under the Bankruptcy Rules, local rules, complex case procedures, 341 meeting procedures, and coordinating team workflow court-specific filing and calendaring practices; (iii) preparing, revising, filing, and updating creditor matrices, master mailing matrices, master service lists, amended matrices, notices, certificates and affidavits of service, witness and exhibit lists, hearing agendas, transcript requests, pro hac vice materials, and other case administration pleadings; (iv) coordinating docketing, calendaring, reminders, hearing dates, filing deadlines, and deadline tracking for the creditor matrix and master mailing list with the Debtors, legal team, and client group; (v) reviewing docket activity, court notices, pleadings, orders, proof of claim filings, transcript updates, lien search results, client diligence materials, and other background materials; (vi) reviewing client-provided prepetition materials; (vii) retrieving, organizing, labeling,

uploading, and maintaining pleadings, diligence materials, claims, transcripts, stamped filings, matrices, and other documents in the case file and file management systems; (viii) coordinating service of notices and case documents with Epiq; (ix) mailing, filing, share-file access, docket retrieval, court-notice registration, and document-management tasks with office services, docketing, library, IT, court personnel, and calendaring critical deadlines; (x) conducting strategy calls with other administrative support teams; ) communicating with the client, Debtors, U.S. Trustee, court clerk and chambers, lender representatives, creditor contacts, health authority representatives, plan sponsor contacts, and internal Reed Smith team members regarding case status, open questions, U.S. Trustee diligence, workstreams, and next steps; (xii) managing file systems and document organization; (xiii) reviewing complex case procedures and coordinating compliance with local rules and preparing for and participating in weekly client and team status calls, case-management meetings, workstream updates, strategy calls, and coordination conferences concerning first-day and second-day matters, surcharge issues, plan and confirmation matters, and other case milestones; and (xiv) maintaining internal calendars, task lists, workflow charts, and workstream trackers, and otherwise attending to general case administrative tasks, including correspondence with chambers and court personnel administration, coordination, and operational matters necessary to advance the chapter 11 cases.

**E. Cash Collateral and DIP Financing**

Fees: $142,865.00 Hours: 153.6

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) analyzing the Debtors' potential and ongoing cash collateral needs, case budgets, budget projections, and operational cash issues, and developing strategies for interim and final use of cash collateral; (ii) coordinating with the client, the financial advisor, the Chief

Restructuring Officer, and the Reed Smith team regarding budget matters, cash collateral strategy, and financing needs; (iii) drafting, revising, finalizing, and filing cash collateral motions, interim, second interim, and final cash collateral orders, notices of hearing, notices of revised orders, agendas, witness and exhibit lists, and related pleadings; (iv) reviewing and analyzing loan documents, key debt documents, liens, collateral validity, secured debt issues, priority matters, and related legal issues; (v) analyzing the need for debtor-in-possession financing, DIP facility terms, DIP loan terms, amended note terms, and second DIP financing implications; (vi) drafting, revising, finalizing, and filing DIP motions, DIP orders, promissory notes, term notes, amended notes, supplemental declarations, exhibits, notices of redline orders, and related financing documents; (vii) negotiating and coordinating with secured lender counsel, B1 Bank and its counsel, CLS, the U.S. Trustee, chambers, and other constituents regarding adequate protection, budget terms, order provisions, comments, objections, adjournments, stipulations, and agreed orders; (viii) preparing for and attending first-day, cash collateral, DIP financing, final DIP, and final cash collateral hearings, including preparation of hearing notebooks and hearing materials; (ix) revising cash collateral and DIP orders to address comments from the U.S. Trustee, B1 Bank, CLS, and other interested parties; (x) coordinating filing, service, mailing, docketing, calendaring, and retrieval of file-stamped copies for cash collateral and DIP financing motions, orders, notices, stipulations, agendas, and hearing materials; (xi) addressing bank account issues, account access, cash management, and other operational cash matters arising during the case; and (xii) conducting diligence regarding DIP history and filings and preparing summaries of DIP notes and related orders.

**F. Claims Administration**

Fees: $116,886.00 Hours: 156.20

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) developing and implementing strategy for claims tracking and administration and case administration, including coordination with the client regarding plan sponsor issues, document status, and process; (ii) drafting, revising preparing for and participating in weekly strategy, status, and filing the bar date motion, proposed order case management calls with the client and Reed Smith attorneys regarding case updates, active workstreams, and notice to creditors administrative priorities; (iii) analyzing all schedules, statements of financial affairs, proofs of claim coordinating with Reed Smith attorneys and personnel regarding workflow, including reviewing workflow charts, tracking assignments, and the creditor matrix to ensure proper notice compliance in accordance with the bar date order; (iv) coordinating the bar date notice mailing project with office services and Epiq; (v) retrieving and managing proofs of claim filed in the case; (vi) preparing for and attending the bar date hearing maintaining internal calendars; (vii) analyzing case deadlines and coordinating upcoming hearing dates, continued-hearing notices, court notice registrations, and related administrative filings; (viii) corresponding with the client and Reed Smith team regarding case status updates, workstream progress, and upcoming deadlines; (ix) reviewing and analyzing background materials and diligence materials, including UCC search matters, relating to case updates and workstreams; (x) reviewing and analyzing individual claims, including claim objection matters monitoring and updating the status of case documents, notices, and administrative processes; (xi) drafting stipulations and agreed orders regarding claim amounts coordinating with office services, Epiq, and other professionals regarding notice and claims-administration procedures; (xii) coordinating publication notice

regarding case commencement and bar date reviewing pro formas and related administrative materials for accuracy; and (xiii) conferencing with client and team regarding post-confirmation claim review and adjudication procedures attending to general legal work and administrative tasks necessary to advance claims administration and related case-management workstreams.

**G. Contracts- Assumption or Rejection**

Fees: $**10,638.00** **Hours: 16.90**

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) attending weekly team calls and coordinating the preparation, completion, and review of schedules of executory contracts and contracts to be assumed in bankruptcy; (ii) reviewing draft assumption lists, executory contract spreadsheets, bankruptcy court petitions, proofs of claim, and plan waterfall materials relevant to contract-assumption and related tax issues; (iii) researching Texas property tax issues and preparing detailed breakdowns of taxing jurisdictions' claims for tax, interest, penalties, and other fees; (iv) drafting schedules, attachments, and notices, including cure notices, notices of potentially assumed contracts, schedules to notices of assumed contracts, and related cure-notice attachments; (v) corresponding and conferring with Reed Smith attorneys, Epiq, the client, and contract counterparties regarding assumed contracts, executory contracts, solicitation procedures, notice service, cure matters, and related contract issues; (vi) reviewing and commenting on executory contract schedules and coordinating assumption and rejection procedures; (vii) reviewing lease terms and related amendments, including the Curahealth lease, proposed lease amendments, Platinum Heights cure notices, and licenses and permits; (viii) negotiating and coordinating cure resolutions, including cure amounts and go-forward costs with Amtech counsel and other contract counterparties; (ix) reviewing Bank of America equipment lease materials and conferencing with counsel regarding

same; (x) reviewing PAM cure objections and exhibits; (xi) analyzing lease rejection issues and related contract-administration matters; and (xii) addressing hearing-related contract matters, including reviewing hearing notes, drafting notices of adjournment, and coordinating Athelas hearing rescheduling.

**H. Creditors- Communications – 00015**

Fees: $8,948.00 Hours: 8.10

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) preparing for and participating in calls and meetings with counsel for the secured lender; (ii) conducting telephone conferences with various creditors regarding plan matters and case developments CLS and other creditors regarding case matters, plan issues, and next steps; (iii) responding to B1 inquiries and coordinating related follow-up communications; (iv) communicating with CLS counsel regarding case matters and creditor requests; (v) responding to inquiries from the secured lender; ) conferencing, conducting telephone conferences, and corresponding with various creditors, creditor counsel, and interested parties regarding case developments, plan matters, and potential purchase offers; (vii) communicating with REILS, equipment lessors, lender counsel, vendors, and other creditors contract counterparties regarding ongoing lease, contract, and contract equipment-financing issues; (viii) reviewing and coordinating responses to IRS notices and communications with taxing authorities; (ix) coordinating creditor communication methods and contact information with Epiq; (x) discussing potential purchase offers and creditor inquiries with Epiq and the client team; (xi) corresponding with creditors and other stakeholders regarding the notice of rescheduled confirmation hearing; and (xii) addressing related creditor communications and follow-up emails arising during the case.

## I. Employment and Fee Applications – Reed Smith

Fees: $35,085.50 Hours: 55.40

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) drafting, and revising the background, procedural, and filing substantive portions of the Reed Smith retention and employment application; (ii) preparing and revising supporting materials, including supporting compensation disclosures, Bankruptcy Rule 2014 disclosures, declarations, supplemental declarations, compensation disclosures proposed orders, notices, and proposed order; (iii) compiling related filing documents; (iv) coordinating with Reed Smith, the client, Harney, and other case professionals regarding diligence, conflicts, initial parties in interest lists for conflict purposes; (v) coordinating with the U.S. Trustee regarding, and application comments; (vi) reviewing and incorporating comments to the retention application papers and negotiating language of the retention order language; (vii) drafting the supplemental Alaniz declaration with the U.S. Trustee; (viii) preparing, reviewing drafting, revising, and filing finalizing the interim fee application and fee statement, including collecting billing records and reviewing pro formas to ensure accuracy analyzing U.S. Trustee requirements applicable to single asset real estate chapter 11 cases; (ix) drafting the fee statement and coordinating collecting billing records, corresponding with the billing department regarding invoice generation, and reviewing pro formas and matter invoices for accuracy; and (x) addressing all related preparing Reed Smith employment and fee application materials for filing and attending to related administrative matters for Reed Smith and filing matters.

**J. Employment and Fee Applications - Other Professionals**

Fees: **$21,934.00 Hours: 26.20**

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) conducting telephone conferences and related correspondence with potential financial advisors regarding retention; (ii) researching jurisdictional requirements for interested party conflict disclosures and precedent relating to retention orders and supporting declarations; (iii) coordinating, drafting, revising, finalizing, circulating, and filing the Harney Partners retention application and, proposed order, supporting declarations; (iv) researching jurisdictional requirements for interested party conflict disclosures, supplemental declarations, and related employment materials; (v) coordinating with the client and, E. White, and other stakeholders regarding the Chief Restructuring Officer role, retention application, proposed order, email diligence, and related retention application comments and revisions; (vi) reviewing and negotiating addressing CLS comments and markups to the CRO order proposed retention orders; (vii) drafting, revising, updating and filing the Epiq retention Harney Partners interim fee application and engagement agreement coordinating related diligence; (viii) updating the Harney Partners interim fee application and coordinating filing revising the Epiq engagement agreement and drafting, revising, circulating, reviewing, and filing Epiq employment and retention application materials; and (ix) corresponding and coordinating all with Epiq, Reed Smith

personnel, and other case professionals regarding engagement, retention, filing, and related employment and fee application matters for other retained professionals.

K. **General Litigation**

Fees: $65,147.00 Hours: 71.80

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) drafting, revising, and filing suggestions of bankruptcy and related notices in pending state court proceedings actions, including matters involving complex case treatment and default judgment issues; (ii) preparing and filing the notice of entry of order granting complex case treatment reviewing receivership action pleadings and conducting diligence regarding service, state court dockets, and prepetition litigation issues; (iii) drafting, revising, and revising filing emergency litigation-related motions and supporting papers, including the emergency motion to extend time the deadline to file schedules and statements of financial affairs and related proposed orders; (iv) analyzing the default judgment and coordinating related tasks drafting and revising declarations, notices, agendas, and other pleadings in support of first-day and related bankruptcy litigation matters; (v) researching and analyzing premium financing, utilities, removal, confirmation-order vacatur, and other procedural issues; (vi) analyzing CLS demands regarding the appointment of a Chapter Chief Restructuring Officer, potential chapter 11 trustee motion, dismissal motion, and related disputes, and developing strategy to resolve same; (vii) negotiating with CLS counsel regarding settlement of potential trustee and dismissal motions; (viii) reviewing receivership action pleadings; (ix) drafting the Baig declaration in support of first-day motions, mediation, plan-sponsor issues, document requests, sale-related interference, and related litigation workstreams; (x) coordinating mediation, including preparing mediation statements, stipulations, extension requests, and communications

with JAMS and Judge Isgur; (xi) analyzing and addressing litigation related to surcharge of collateral surcharge-related issues, including drafting, revising, and filing the amended 506(c) surcharge motion; (xii) drafting motions for approval of premium financing agreements and revising notices of removal, notices of appearance, and related adversary and state-court litigation papers; (xiii) reviewing and analyzing claim objections and potential adversary proceedings; and (xiv) attending to other general litigation matters arising during the case.

**L. Hearing Preparation**

**Fees: $87,251.50 Hours: 92.80**

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) reviewing local rules and, complex case procedures, chambers procedures, and service guidelines in preparation for hearings and related filings; (ii) drafting, revising, and filing hearing notices, agendas, notices of intent to adduce remote testimony, proposed orders, witness and exhibit lists, amended and supplemental witness and exhibit lists, exhibit cover sheets, and related hearing materials; (iii) preparing for and attending the first-day hearing reviewing and analyzing pleadings, declarations, exhibits, expert reports, background documents, docket filings, and other key case materials in preparation for hearings; (iv) preparing for and attending the cash collateral and DIP hearings coordinating with the Debtors, witnesses, experts, chambers, and the Reed Smith team regarding hearing strategy, logistics, remote testimony, exhibit preparation, filing requirements, and service deadlines; (v) coordinating hearing logistics with the team and chambers preparing hearing presentations, argument outlines, hearing scripts, and witness preparation materials for contested and uncontested matters; (vi) preparing for, participating in, and attending the hearings on first-day matters, cash collateral, disclosure statement hearing; (vii) preparing for and attending the surcharge hearing, including coordinating with experts and

reviewing expert reports; (viii) drafting argument outlines and preparing for confirmation hearings; (ix) attending various interim hearings on case motions and solicitation procedures, surcharge matters, confirmation and continued confirmation, motions to vacate or continue confirmation, and other interim case matters; (x) organizing, finalizing, and filing exhibits and related exhibit folders in connection with scheduled hearings; and (xi) docketing, calendaring, and updating hearing dates, rescheduled hearing information, and related deadlines.

**M. Plan and Disclosure Statement – 00024**

Fees: 1,266,478.00 Hours: 1,319.00

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) analyzing chapter 11 plan structure, restructuring alternatives, solicitation procedures, confirmation strategy, cramdown issues, 1111(b) issues, surcharge considerations, exclusivity matters, bid and credit bid issues, plan sponsor proposals, claims treatment, plan waterfall and funds flow, tax issues, valuation standards, releases, exculpation, and related confirmation requirements; (ii) researching local rules, complex case procedures, combined and separate plan and disclosure statement requirements, solicitation and voting requirements, bridge orders, plan support agreements, restructuring support agreements, claim transfer issues, credit bid ownership, surcharge relief, cramdown case law, and other plan-related authorities; (iii) drafting, revising, and filing multiple versions of chapter 11 plans, disclosure statements, amended plans and disclosure statements, solicitation versions, plan amendments, related exhibits, tax disclosures, notices of modified or amended plan documents, redline comparisons, and related filing packages; (iv) drafting, revising, and filing motions, proposed orders, notices, declarations, certificates of no objection, hearing agendas, and related pleadings concerning conditional approval of disclosure statements, solicitation procedures, amended solicitation procedures, amended credit

bid relief, surcharge relief, plan exclusivity, confirmation scheduling, and other plan-related matters; (v) preparing, revising, and coordinating ballots, non-voting notices, cure notices, solicitation matrices, mailing packages, creditor notices, voting certifications, solicitation FAQs, witness and exhibit lists, supplemental witness and exhibit lists, expert materials, declarations, exhibit packages, and other solicitation and confirmation materials; (vi) coordinating with solicitation and mailing vendors regarding solicitation mailings, mailing packages, service instructions, status updates, zip drives, certificates and affidavits of service, and distribution of plan-related materials; (vii) preparing for and participating in calls, meetings, negotiations, mediations, hearings, and status conferences with the Debtors, Reed Smith team members, secured lenders, creditor constituencies, plan sponsors, potential bidders, brokers, mediators, appraisers, tax advisors, solicitation vendors, and other parties in interest regarding plan structure, solicitation, settlement matters, bid procedures, credit bid matters, surcharge issues, confirmation strategy, and plan consummation; (viii) conducting diligence and analyzing plan precedents, organizational charts, fee structures, claims registers, proofs of claim, creditor treatment, collateral documents, promissory notes, appraisals, valuation issues, financial information, assumption schedules, abandoned property lists, consulting reports, expert issues, term sheets, letters of intent, counteroffers, plan sponsor proposals, and restructuring support documents; (ix) drafting, revising, and negotiating plan sponsor, backstop, restructuring support, rights offering, escrow, non-disclosure, bidder, asset purchase, loan, plan administrator, and related transaction documents; (x) preparing, reviewing, and filing plan supplements and related materials, including liquidation analyses, plan administrator agreements, loan documents, abandoned asset materials, notices of assumed contracts, and related exhibits; (xi) drafting, revising, and analyzing confirmation briefs, confirmation orders, proposed confirmation order language, declarations in support of

confirmation, voting declarations, hearing presentations, road maps, examination outlines, and related confirmation pleadings; (xii) addressing objections, stakeholder comments, court comments, cure and assumption matters, tax issues, plan waterfall revisions, creditor outreach, vote tabulation, class ballots, releases, settlement structure, B1 debt treatment, and other confirmation-related issues; (xiii) coordinating plan-related closing and effective-date matters, including effective-date notices, plan sponsor developments, asset purchase agreement revisions, transition and operational checklists, tax and lien issues, certified order requests, and post-confirmation action items; and (xiv) managing internal deadlines, team workstreams, strategy memoranda, task lists, open-items lists, client and stakeholder communications, filing, service, mailing, calendaring, and finalization of plan, disclosure statement, solicitation, voting, confirmation, and consummation deliverables.

**N. U.S. Trustee Reporting – 00026**

Fees: $48,155.50 Hours: 57.90

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) analyzing and responding to U.S. Trustee guidelines and information requests, gathering responsive materials, and drafting responses and diligence reports, including in connection with Initial Debtor Interview requests; (ii) coordinating with the U.S. Trustee's office, the client team, financial advisors, and other professionals regarding reporting compliance, the Initial Debtor Interview, and the Section 341 meeting of creditors; (iii) preparing for, attending, and participating in conferences with the U.S. Trustee, including the initial debtor interview; (iv) reviewing U.S. Trustee guidelines and coordinating compliance with reporting requirements for the Initial Debtor Interview and the Section 341 meeting, including related client preparation, follow-up communications, and task coordination; (v) reviewing, revising,

commenting on, and filing Schedules and Statements of Financial Affairs, including amended schedules, related declarations, notices, critical date calendars, and supporting analyses; (vi) preparing for and attending the Section 341 meeting of creditors; (vii) drafting, reviewing, commenting on, and filing motions to extend time to file Schedules and Statements of Financial Affairs; (viii) reviewing, finalizing, coordinating approval of, commenting on, and filing monthly operating reports and quarterly reports; (ix) coordinating with the financial advisor and client team regarding preparation and submission of all required reports and statements; (x) analyzing reporting-related issues, including schedule amendments, receivables, lease documents, open accounts receivable, and other information needed for U.S. Trustee reporting compliance; and (xi) attending to related U.S. Trustee reporting, diligence, court filing, and follow-up matters.

10. Reed Smith attorneys and paraprofessionals expended a total of 4,716.70 hours in connection with this Chapter 11 Case during the Final Fee Period. All services rendered by Reed Smith for which compensation is sought pursuant to this Second and Final Fee Application were rendered solely to or on behalf of the Debtor. No payments were received by Reed Smith from any other source for services rendered or to be rendered in connection with this Chapter 11 Case.

11. Pursuant to the Fee Procedures Order, any party objecting to this Second and Final Fee Application must do so within twenty-one (21) days. The Court, in its discretion, may approve the Second and Final Fee Application without the need for a hearing if no Objections are filed. The Debtor is authorized to pay promptly all requested fees and expenses not paid previously upon the Court approving the Second and Final Fee Application.

12. Although every effort has been made to include all fees and expenses incurred during the Final Fee Period, some fees and expenses might not be included in this Second and Final Fee Application due to delays caused by accounting and processing during the Final Fee

Period. Reed Smith reserves the right to seek allowance of such fees and expenses in a subsequent fee application. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, and the Fee Procedures Order.

**WHEREFORE**, Reed Smith, as counsel for the Debtor respectfully requests that the Court enter an order: (a) approving total professional fees in the amount of $2,334,304.00 as compensation for professional services rendered and $32,582.82 for reimbursement of out-of-pocket expenses incurred for the Fee Period; and (b) granting such other further relief as this Court deems proper.

Dated: July 7, 2026
Houston, TX

Respectfully submitted

*/s/ Omar J. Alaniz*

**REED SMITH LLP**
Omar J. Alaniz (24040402)
Derek M. Osei-Bonsu (Admitted *Pro Hac Vice*)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: OAlaniz@reedsmith.com
DOsei-bonsu@reedsmith.com