**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PLATINUM HEIGHTS, LP | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF HEARING ON DIP LENDER'S MOTION FOR ALLOWANCE AND
PAYMENT OF SECOND DIP FACILITY ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that a hearing on the *DIP Lender*'s *Motion for Allowance and Payment of Second DIP Facility Administrative Expense Claim* [Docket No. 373] (the "*Motion*") is set for **August 12, 2026 at 9:00 a.m**. **(Central Time)** before the Honorable Alfredo R. Perez, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk, Houston, TX 77022.

**Electronic Appearances**

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility by dialing the Court's regular dial-in telephone number **(832) 917-1510** and entering conference code **282694**. Video Participation is available by use of the GoToMeeting Platform. Connect via the GoToMeeting application or click the link on Judge Perez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting. Parties must have two separate devices to appear by video and audio.

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

Attorneys, witnesses, and parties-in-interest wishing to participate in the Hearing must connect by audio communication. Any person who wishes to attend the Hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the Hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording. Parties must remain muted unless addressing the Court.

Any exhibit offered by the Debtor will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtor.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Any person wishing to examine witnesses presented will be permitted to do so during the Hearing.

Dated: July 23, 2026            Respectfully submitted
       Houston, TX

                                */s/ Matthew E. McClintock*
                                **GOLDSTEIN & MCCLINTOCK LLLP**
                                Matthew E. McClintock (admitted *pro hac vice*)
                                111 W. Washington Street, Suite 1221
                                Chicago, IL 60602
                                Telephone: (312) 337-7700
                                mattm@goldmclaw.com

                                *Counsel for Dr. Mirza N. Baig*

2