**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| PLATINUM HEIGHTS, LP | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**CERTIFICATE OF NO OBJECTION AS TO REED SMITH LLP'S AND HMP ADVISORY HOLDINGS LLC'S FINAL FEE APPLICATIONS**
[Related Docket Nos. 387 and 388]

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas* (the "***Complex Case Procedures***"), effective September 18, 2024, and the *Order Granting Complex Case Treatment* [Docket No. 7], the undersigned hereby certifies as follows:

1.      On July 7, 2026, Reed Smith LLP and HMP Advisory Holdings LLC d/b/a Harney Partners filed their final fee applications [Docket Nos. 387 and 388] (together, the "***Final Fee Applications***"). Reed Smith LLP filed a Notice of Filing of Final Fee Applications on July 8, 2026 [Docket No. 389] (the "***Notice***").

2.      As stated in the Certificate of Service within the Notice, on July 8, 2026, Reed Smith LLP served notice of the Final Fee Applications on all parties in the Master Mailing Matrix [Docket No. 378].

3.      The deadline to file responses to the relief requested in the Final Fee Applications was July 29, 2026.

4.      No responsive pleading to the Final Fee Applications appears on the Court's docket in the above-captioned chapter 11 case or was served upon the undersigned counsel with respect to the relief requested in the Final Fee Applications.

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

5.      Accordingly, Reed Smith LLP and HMP Advisory Holdings LLC d/b/a Harney Partners respectfully request that the Court enter the Proposed Orders attached to the Final Fee Applications.

Dated: August 3, 2026
       Houston, Texas

                                   Respectfully submitted,

                                   REED SMITH LLP

                                   */s/ Omar J. Alaniz*
                                   Omar J. Alaniz (SBN 24040402)
                                   2850 N. Harwood Street, Suite 1500
                                   Dallas, TX 75201
                                   Telephone: (469) 680-4200
                                   Facsimile: (469) 680-4299
                                   Email: oalaniz@reedsmith.com