United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PLATINUM HEIGHTS, LP | § | Case No. 25-90012 (ARP) |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**FINAL ORDER ALLOWING SECOND INTERIM AND FINAL FEE APPLICATION OF HMP ADVISORY HOLDINGS LLC, DBA HARNEY PARTNERS, FINANCIAL ADVISOR TO THE DEBTOR FOR THE INTERIM INTERIM PERIOD OF OCTOBER 1, 2025 THROUGH MAY 30, 2026 AND THE FINAL PERIOD FROM FEBRUARY 20, 2025 THROUGH MAY 30, 2026**

The Court has considered the *Second Interim And Final Fee Application of HMP Advisory Holdings LLC, dba Harney Partners, Financial Advisors to the Debtor for Interim Period of October 1, 2025 through May 30, 2026 and the Final Period from February 20, 2025 through May 30, 2026* (the "Applicant").

The Court orders:

1. Applicant is allowed interim compensation and reimbursement of expenses in the amount of $50,796.84 for the Second Interim Application Period as set forth in the Application. Applicant is allowed final compensation and reimbursement of expenses in the amount of $112,107.94 for the Final Application Period as set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

- 13 -

3.      The Application is permitted to draw on the remaining $3,688.90 of the retainer it currently holds to satisfy any of the compensation and reimbursement of expenses approved in this Order that remains unpaid. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.


Signed: August 03, 2026

Alfredo R Pérez
United States Bankruptcy Judge