United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| PLATINUM HEIGHTS, LP | § § § | Case No. 25-90012 (ARP) |
| Debtor.[1] | § § § § § § | |

**REED SMITH LLP'S SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR
THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD
FROM FEBRUARY 20, 2025 THROUGH MAY 30, 2026**
**(Docket No. __388__ )**

The Court considered the First and Final Fee Application for Compensation and Reimbursement of Expenses filed by Reed Smith LLP (the "Applicant"). The Court orders:

1.      The Applicant is allowed compensation in the amount $2,334,304.00 as compensation for necessary professional services rendered for the period set forth in the application and reimbursement in the amount of $32,582.82 for reasonable and necessary expenses for a total award of $2,366,886.82.

2.      The Plan Administrator is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: August 03, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

Dated: _____, 2026

_____
Alfredo R. Pérez
United States Bankruptcy Judge